**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| MALIBU MEDIA, LLC, | Case Number: 1:16-cv-01068-AWI-SKO |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| JOHN DOE subscriber assigned IP address 107.134.110.77, | |
| Defendant. | **(Doc. 9)** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted. Plaintiff shall have until December 21, 2016, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **October 20, 2016**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE