**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.134.110.77,<br><br>    Defendant. | Case Number: 1:16-cv-01068-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 19)** |

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion") (Doc. 19), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is GRANTED IN PART. Plaintiff shall have until thirty (30) days after the Court's ruling on the pending Motion to Quash (Doc. 16), to effectuate service of a summons and complaint on Defendant.

The Court CAUTIONS Plaintiff that any further extensions of time to serve Defendant will be looked upon with disfavor.

IT IS SO ORDERED.

Dated:   **March 21, 2017**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE